UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHRISTIAN SANCHEZ,                                          :
                                    Plaintiff,              :
                                                            :     20 Civ. 10105 (LGS)
            -against-                                       :
                                                            :     ORDER
CONSUMER CELLULAR INCORPORATED,                             :
                                                            :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court's Order, dated January 14, 2021, required the parties to file a proposed joint letter and case management plan by February 11, 2021. Dkt. No. 7.

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that, the parties shall file the joint letter and proposed case management plan by **February 16, 2021, at noon**.

Dated: February 12, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE