```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  R.1 et al.,                                                 :
                                                              :
                                  Plaintiffs,                 :    20 Civ. 10505 (LGS)
                                                              :
                 -against-                                    :          ORDER
                                                              :
  NEW YORK CITY DEPARTMENT OF                                 :
  EDUCATION et al.,                                           :
                                                              :
                                  Defendants.                 X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion hearing and initial pretrial conference were scheduled for March 4, 2021, (Dkt. Nos. 12 and 15).  It is hereby

**ORDERED** that the pre-motion hearing and initial pretrial conference are **ADJOURNED to March 11, 2021, at 10:40 a.m**.  The hearing/conference will be telephonic and will occur on the following conference line:  888-363-4749, access code: 5583333.  The time of the hearing/conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: March 4, 2021
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**