```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   R.1 et al.,                                                :
                                                              :
                                   Plaintiffs,                :   20 Civ. 10505 (LGS)
                                                              :
                 -against-                                    :   ORDER
                                                              :
   NEW YORK CITY DEPARTMENT OF                                :
   EDUCATION et al.,                                          :
                                                              :
                                   Defendants.                :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on February 19, 2021, Plaintiff filed a motion for preliminary injunction and temporary restraining order (Dkt. Nos. 20-23); on February 26, 2021, Defendants filed an opposition (Dkt. Nos. 25-26); and on March 4, 2021, Plaintiff filed a reply (Dkt. No. 29).

    WHEREAS, on February 25, 2021, the parties filed a joint letter and proposed case management plan stating that no discovery is needed and requesting referral to a magistrate judge for settlement discussions within sixty days of the initial pretrial conference.  Dkt. No. 24.

    WHEREAS, a pre-motion hearing and initial pretrial conference was held on March 11, 2021.

    WHEREAS, on March 12, 2021, the Court issued an Order of Preliminary Injunction and Temporary Restraining Order directing Defendants to do the following by March 18, 2021:  (i) provide prospective payment to Fit Learning for 1500 hours of compensatory education services as indicated in the Findings of Fact and Decision dated October 15, 2020 and October 21, 2020; and (ii) provide prospective pendency funding for L.R.'s placement at Fit Learning pursuant to 20 U.S.C. 1415(j), including tuition and the cost of any assessments necessary for L.R.'s instruction, pending the conclusion of these proceedings.  Dkt. No. 31.  It is hereby

**ORDERED** that, by **April 1, 2021**, the parties shall file a joint letter (i) identifying any remaining issues in this case; (ii) proposing next steps, including identifying any anticipated motions and proposing briefing schedules; and (iii) indicating whether the parties believe referral to a magistrate judge for settlement discussions would be helpful.

Dated: March 15, 2021
      New York, New York

                                          **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**