

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**SHARON SPRAYREGEN**
phone: (212) 356-0873
email: ssprayre@law.nyc.gov
(not for service)

November 21, 2022

**BY ECF**
Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl St
New York, New York  10007

Application **GRANTED**.  The parties shall file a further status letter by **January 24, 2023**.  So Ordered.

Dated: November 22, 2022
New York, New York

/s/ Lorna G. Schofield
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re: L.R.1 v. New York City Department of Education et al.
    20 CV 10505 (LGS)

Dear Judge Schofield,

I am Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, counsel for Defendants in the above action.  Pursuant to the Court's Order, dated September 22, 2022 (ECF No. 66), I write jointly with Plaintiffs' counsel to provide a status report.

Since the last status report submitted to the Court, the parties have agreed on language for a stipulation of settlement, with the singular exception of attorneys' fees, which the parties have not yet negotiated. Defendants will seek settlement authority regarding fees.

The parties are working together to resolve this matter and remain optimistic that a global settlement is likely.  The parties respectfully request leave to submit a subsequent status letter by January 24, 2023.  The parties are requesting this time because of the upcoming holidays and the fact that I will be leaving the Law Department at the end of this month, and another attorney must be assigned to the action.

Thank you for consideration of this request.

Respectfully,

_____/s/_____
Sharon Sprayregen
Assistant Corporation Counsel

cc:   All counsel of record (by ECF)