

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

W. Simone Nicholson
*Special Assistant Corporation Counsel*
Office: (212) 356-2455

January 24, 2023

**VIA ECF**
The Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *L.R.1., et.al.. v. N.Y.C. Dep't of Educ., et al.,* 20-10505(LGS)(GWG)

Dear Judge Schofield:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks relief under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

    I write on behalf of all parties to update the Court on the status of this case pursuant to the Order issued November 22, 2022. This case was recently transferred to me due to the departure of the former Law Department attorney, and Plaintiffs' counsel and I have discussed the status of this case. Earlier this month, I was advised that there are outstanding invoices for Student's tuition (for September, October, November and December 2022). Today I was advised that Plaintiff submitted anticipated invoices for January and February 2023. Once those are reviewed, they will be processed for payment. In anticipation of this letter, I have confirmed that the invoices for September 2022 through December 2022 are being processed. While the implementation issues are being resolved, Defendant will complete the review of the billing invoices and underlying administrative proceeding in order to begin settlement negotiations with respect to the fees' claim within the next 30 days. To that end, the parties respectfully request that they be permitted to submit a further status letter in 45 days, by March 10, 2023, updating the Court on the progress of settlement negotiations, and if necessary, any implementation claims.

    Respectfully submitted,

    Simone Nicholson

    /s/
    Special Assistant Corporation Counsel

cc:    Michele Kule-Korgood, *Counsel for Plaintiffs* (via ECF)