

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

W. Simone Nicholson
*Special Assistant Corporation Counsel*
Office: (212) 356-2455

May 25, 2023

**VIA ECF**
The Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      *Re: L.R.1., et.al. v. N.Y.C. Dep't of Educ., et al.,* 20-cv-10505 (LGS)(GWG)

Dear Judge Schofield:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks relief under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA").

    I write jointly with Plaintiff on behalf of all parties to update the Court on the status of this case pursuant to the Order issued April 11, 2023 (ECF No. 77). Since the last submission on April 10, 2023 (ECF 76), the parties have continued to negotiate, but have not yet reached a resolution. To that end, the parties respectfully request that they be permitted to submit a further status letter updating the Court on the progress of settlement negotiations in 30 days, by June 26, 2023, either informing the Court that the case has settled, or proposing a briefing schedule if the parties have reached an impasse.

                                  Respectfully submitted,

                                    Simone Nicholson

                                    /s/ *W. Simone Nicholson*
                                  Special Assistant Corporation Counsel

cc:    Michele Kule-Korgood, *Counsel for Plaintiffs* (via ECF)