UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                                           :
L.R.1, et al.,                                             :
                                                           :
                                     Plaintiffs,           :           20 Civ. 10505 (LGS)
                                                           :
                  -against-                                :                ORDER
                                                           :
NEW YORK CITY DEPARTMENT OF                                :
EDUCATION et al.,                                          :
                                                           :
                                     Defendants.  :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Court has been informed that the parties have reached a settlement in

principle in this case.  Accordingly, it is hereby

        **ORDERED** that this action is dismissed without costs and without prejudice to restoring

the action to the Court's calendar, provided the application to restore the action is made within

forty-five (45) days of this Order.  Any application to reopen filed after forty-five (45) days from

the date of this Order may be denied solely on that basis.  Any pending motions are **DENIED** as

moot and all conferences and deadlines are **CANCELLED**.  It is further

        **ORDERED** that the parties shall file any stipulation of settlement judicial endorsement

within forty-five (45) days of this Order.

Dated: July 31, 2023
        New York, New York

                                                LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE